**HALL et al.**

**v.**

**RESERVE LIFE INS. CO.**

Court of Appeals of Kentucky.

Jan. 15, 1954.

**934**

———◆———

V. R. Bentley, Pikeville, for appellants.

Hobson & Scott, Pikeville, for appellee.

**PER CURIAM.**

The appellants instituted this action against the appellee to recover some $700 on a medical benefits and accident policy. The insuring clause of the policy contained the following exclusion provision:

"(b) resulting from sickness which originates while this policy is in effect and more than fifteen days after the date hereof, hereinafter referred to as such sickness; * * *."

The trial judge gave a peremptory instruction in favor of the appellee because the operation showed that Mrs. Hall's disease was one which could not have originated much less than a year before the policy was issued. We think that ruling was correct.

Judgment affirmed.